UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **ELISABETH BORCHERS**, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**XCELIGENT, INC.** and **ERIN CURRY**<br><br>Defendants. | Civil Case No. 4:18-cv-225 |

## DEFENDANTS ERIN CURRY AND XCELIGENT, INC.'S JOINT NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Erin Curry and the Chapter 7 Estate of Xceligent, Inc. ("Defendants") hereby remove the above-captioned action from the Circuit Court of Jackson County, Independence, Missouri, to the United States District Court for the Western District of Missouri. Pursuant to Fed. R. Bankr. P. 9027(a), Defendants are entitled to removal pursuant to 28 U.S.C. §§ 1452 and 1334, as follows:

Filing and Service of the Complaint; Bankruptcy Action

1. On or about April 11, 2017, Plaintiff Elisabeth Borchers commenced a putative class action in the Circuit Court of Jackson County, Independence, Missouri, styled as *Elisabeth Borchers v. Xceligent, Inc. and Erin Curry*, Case No. 1716-cv-08149 (the "Data Breach Action"). The Complaint asserts claims for the allegedly improper disclosure of personally identifying information of its then current and former employees to phishing scammers resulting in alleged damages.

1

2. On December 14, 2017 (the "Petition Date"), Xceligent filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), instituting bankruptcy case number 17-12937 (CSS) (the "Bankruptcy Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

3. On January 14, 2018, Plaintiff moved the Bankruptcy Court for relief from the automatic stay in order to pursue the Data Breach Action. On March 2, 2018, the Bankruptcy Court entered an order modifying the automatic stay ("Stay Order") to allow Plaintiff to proceed with the Data Breach Action solely for the purposes of establishing liability and recovering proceeds under any applicable insurance policy which covers such claims, up to and including final judgment or other resolution among the parties. The Stay Order further provided that without further order of the Bankruptcy Court, Plaintiff could take no action to execute upon a judgment against Xceligent, Inc.'s estate, or to otherwise attempt to collect a judgment from Xceligent, Inc.'s estate. The Stay Order authorized Plaintiff, or any certified class represented by Plaintiff, to file an unsecured claim in the Bankruptcy Case for the amount of any final judgment obtained in the Data Breach Action in excess of available insurance coverage and proceeds. The Stay Order additionally provided that without further order of the Bankruptcy Court, Plaintiff, on behalf of a certified class, was authorized to recover from insurance carriers and applicable insurance coverage and proceeds.

Grounds for Removal

4. This Court has jurisdiction of this civil action pursuant to 28 U.S.C. § 1334(b), and removal is proper pursuant to 28 U.S.C. § 1452. Pursuant to 28 U.S.C. § 1452, a party may remove this cause of action to the U.S. District Court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under 28 U.S.C. § 1334. The

2

Court has "original but not exclusive jurisdiction of all civil proceedings [. . .] related to cases under title 11." 28 U.S.C. §1334(b). The Data Breach Action is authorized to proceed by the Bankruptcy Court's Stay Order, and recovery or liquidation of any judgment plaintiff (or a certified class) is awarded will be subject to the Bankruptcy Court's approval. The Data Breach Action is therefore related to the Bankruptcy Case, and is related to a case under title 11.

5. This Notice of Removal is timely because it is being filed within thirty days of the Bankruptcy Court's order modifying the automatic stay. 28 U.S.C. §§ 1452 and Fed. R. Bankr. P. 9027. Pursuant to 28 U.S.C. §§ 1452 and Fed. R. Bankr. P. 9027(a)(1), a copy of all process and pleadings in the Data Breach Action are attached to this Notice as Exhibits 1-A and 1-B.

6. Pursuant to Fed. R. Bankr. P. 9027(a) and 28 U.S.C. § 157(b)(2), this action is non-core. The parties filing this Notice of Removal, i.e., Defendants, consent to entry of final orders or judgment by the bankruptcy judge.

7. Erin Curry and Xceligent, Inc. are the only currently named and served defendants to the Data Breach Action, and both seek removal.

8. Removal to this Court is proper pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027(a)(1) because the United States District Court for the Western District of Missouri is the federal judicial district and division in which the Data Breach Action is pending.

9. Pursuant to Fed. R. Bankr. P. 9027(a)(1), Erin Curry and Xceligent, Inc. are filing this Notice of Removal with this Court, serving a copy of this notice upon Plaintiff, and filing a copy in the Circuit Court of Jackson County, Independence, Missouri. Additionally, Defendants are filing a copy of all process and pleadings. Fed. R. Bankr. P. 9027(a)(1).

Conclusion

10. For each of the foregoing reasons, Erin Curry and Xceligent, Inc., respectfully request that the Data Breach Action be removed from state court to this Court.

Dated: March 23, 2018

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Justin M. Dean*
Justin M. Dean            MO 48647
4520 Main Street, Suite 400
Kansas City, Missouri 64111
Telephone:  816.471.1301
Facsimile:  816.471.1303
justin.dean@ogletree.com
*Attorneys for Defendant Erin Curry*

**BAKER & HOSTETLER LLP**

By: */s/ Paul Karlsgodt*
Paul Karlsgodt
1801 California Street, Suite 4400
Denver, Colorado 80202
*Attorneys for Defendant Erin Curry*

**COZEN O'CONNOR**

By: */s/ John T. Carroll, III*
John T. Carroll, III
1201 North Market Street, Suite 1001
Wilmington, Delaware 19801
*Attorneys for Chapter 7 Trustee of Estate of Xceligent, Inc.*

4

## *CERTIFICATE OF SERVICE*

      The undersigned hereby certifies that he caused a copy of the foregoing **DEFENDANTS ERIN CURRY AND XCELIGENT INC.'S JOINT NOTICE OF REMOVAL** to be filed and served via CM/ECF and U.S. Mail first class postage prepaid upon the following counsel of record on March 23, 2018:

Bryce B. Bell
Mark W. Schmitz
BELL LAW, LLC
2600 Grand Blvd., Suite 580
Kansas City, Missouri 64108
T: 816-886-8206
F: 816-817-8500
Bryce@BellLawKC.com
MS@BellLawKC.com

A. Scott Waddell
WADDELL LAW FIRM LLC
2600 Grand Blvd., Suite 580
Kansas City, Missouri 64108
T: 816-914-5365
F: 816-817-8500
scott@aswlawfirm.com

Jack D. McInnes
MCINNES LAW LLC
3500 W. 75th Street, Suite 200
Prairie Village, KS 66208
T: 913-378-9830
jack@mcinnes-law.com
**ATTORNEYS FOR PLAINTIFF**

      /s/ Justin M. Dean
      **ATTORNEY FOR DEFENDANT**
      **ERIN CURRY**

33447645.1

5

Case 4:18-cv-00225-BP   Document 1   Filed 03/23/18   Page 5 of 5