# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ELISABETH BORCHERS, <br> on behalf of herself and all persons <br> similarly situated, <br>     Plaintiff, <br> v. <br> <br> XCELIGENT, INC., et al., <br> <br>     Defendants. | No. 18-0225-CV-W-BP |

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_X\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    ORDER the Motion to Remand, (Doc. 6), is GRANTED.


Dated : 4/25/2018

/s/Paige Wymore-Wynn
Clerk of Court

/s/ K. McIlvain
Deputy Clerk